# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN        DIVISION

SAMANTHA F LEMASTER

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

CHATGPT "OPEN AI"

PERPLEXITY AI, INC

GOOGLE LLC GEMNI

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

)

**Complaint for a Civil Case**

Case No. __26-3071-CV-S-DPR__

*(to be filled in by the Clerk's Office)*

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury. ☑ Yes ☐ No

# I. The Parties to This Complaint

## A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | SAMANTHA F LEMASTER |
| Street Address | 809 N CAMPBELL AVE |
| City and County | SPRINGFIELD GREENE |
| State and Zip Code | MISSOURI 65802 |
| Telephone Number | 417-691-1403 |
| E-mail Address | AJOURNEYFROMSALEM83@GMAIL.COM |

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | CHATGPT "OPEN AI" |
| Job or Title (if known) | CORPORATION |
| Street Address | 3180 18th Street |
| City and County | SAN FRANCISCO, SAN FRANCISCO COUNTY |
| State and Zip Code | CA 94110 |
| Telephone Number | UNKNOWN |
| E-mail Address (if known) | contact@openai.com |

Defendant No. 2

| | |
|---|---|
| Name | Perplexity AI, Inc. |
| Job or Title (if known) | CORPORATION |
| Street Address | 115 Sansome Street, Suite 900 |
| City and County | SAN FRANCISCO, SAN FRANCISCO COUNTY |

2

State and Zip Code  CA 94101

Telephone Number  UNKNOWN

E-mail Address  UNKNOWN
(if known)

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the designated information for this type of case. *(Check all that apply)*

☑ Federal question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

28 U.S.C. § 1331, 18 U.S.C. § 2261A(2), Wiretapping / Interception 18 U.S.C. § 2511,28 U.S.C. §

Computer Hacking / Theft 18 U.S.C. § 1030, Identity Theft 18 U.S.C. § 1028, 42 U.S.C. § 1983

Witness/Evidence Tampering 18 U.S.C. § 1512, Child Exploitation 18 U.S.C. § 2251

☐ Suit against the Federal Government, a federal official, or a federal agency

List the federal officials or federal agencies involved, if any.

☐ Diversity of Citizenship

These are cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

    A.    The Plaintiff(s)

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

3

B. The Defendant(s)

1. If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

C. The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

_____

_____

## III. Statement of Claim

Write a short and plain statement of FACTS that support your claim. Do not make legal arguments. You must include the following information:

- What happened to you?

- What injuries did you suffer?

- Who was involved in what happened to you?

4

- How were the defendants involved in what happened to you?

- Where did the events you have described take place?

- When did the events you have described take place?

If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1Deprivation of Rights Under Color of Law 18 U.S.C. § 242, RICO Act (18 U.S.C. §§ 1961 – 1968)

2 Disability Discrimination (ADA Title II) 42 U.S.C. § 12132

3 Cyberstalking 18 U.S.C. § 2261A(2)

4 Wiretapping / Interception of Comms 18 U.S.C. § 2511

5Electronic Theft / Computer Fraud 18 U.S.C. § 1030

6 Victim/Witness/Evidence Tampering 18 U.S.C. § 1512

7 Animal Exploitation / PACT Act 18 U.S.C. § 48

8 Aggravated Identity Theft 18 U.S.C. § 1028A

9VAWA (Violence Against Women Act) and Child Exploitation

10  18 U.S.C. Section 2255, religious abuse, Constitutional Violations, First Amendment, Article 5 Human

## IV.   Relief

State briefly and precisely what damages or other relief you want from the Court. Do not make legal arguments.

See Relief continued

Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?

Yes ✔        No ☐

Do you claim actual damages for the acts alleged in your complaint?

Yes ✔        No ☐

Do you claim punitive monetary damages?

Yes ✔        No ☐

5

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

Punative, emotional, psychological and irraparable harm

Religious Repair and the reimbursemnt for those

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk' s Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk' s Office may result in the dismissal of my case.

Date of signing: _2 , 6__, 20_26_

Signature of Plaintiff _____

Printed Name of Plaintiff    SAMANTHA F LEMASTER

6

**Defendant No. 3 Continued**

Name Google LLC d/b/a Gemini
Job or Title Corporation
Street Address 1600 Amphitheatre Parkway
City and County Mountain View
City and County Santa Clara County
State and Zip Code CA 94043
Telephone Number 650-253-0000
E-Mail Address google@google.com

Plaintiff

Date

**Statement of Claim Continued**

I, Samantha F LeMaster, appearing as Plaintiff, submit this Statement of Claim regarding a deadly pattern of identity theft, data exploitation, and targeted harassment. This claim involves the unlawful interception of private communications of all electronics including Chatgpt, Google Gemni and Perplexity in my name and Identity, the destruction of evidence related to sexual assault, rape, abuse, animal abuse reporting and child exploitation where the chats were thefted, altered or completely gone. This was happening consistently on chatgpt and other AI environments, and the violation of my civil right and human rights as a person with a diagnosed mental impairment, Post Traumatic Stress Disorder was dismissed as in several chats I stated this information hoping to end the abuse of the "third party" operating the AI chats to communicate with me. Those were also ignored as other Government reports. This was the same event in using ChatGPT for the first time in 2009. The overwhelming amount of information seemed "human" oriented rather than AI generated. I completely stopped using the service.

May 2025 to January 2026, I decided to use ChatGPT again Plaintiff filed reports with the Missouri Attorney General Catherine Hanaway detailing sexual violations by a Primary Care Physician, nurse and a Springfield Missouri Police officer in regards to sexual misconduct and other personal conversations. I was also receiving Chatgpts that were evidently older "models" containing information in different formats and font, then those would be removed. On the same report to the Missouri Attorney General Catherine Hanaway in a private submission was also advised that one of these interviews were held outside of the Springfield Missouri Police Department December 2025 in that report to her online by a Springfield Missouri Police Officer, from 2024. I reported abuse by a Jordan Valley Community Health Nurse who did sexually violate me and a Mercy nurse who decided not to harm me sexually after I told her no. These reports were documented via secure private chats on ChatGPT building my own personal US Federal Court Case relying on the privacy of Chatgpt, their terms and conditions. Continually I made submissions of over 30 reports of bullying and harassment throughout this time, theft of confidential documents while my T-Mobile network was being turned off and on. I was also witnessing the altercation of my Chatgpt content, reframing them, removing them and leaving clues and messages for the reader "audience" rather the user in my name and identity. Those Chatgpt reports of bullying, harassment and my claim of federal stalking were either fraudulent or failed to protect me. Immediately following these reports. These phrases on separate occasions were "perfect" or "Beautiful" and absolutely after saying "stop" were resurfacing in other chats harming me psychologically. Assuming this was AI generated, saying "stop" was avoided on not AI based. These were direct Physician comments who I did make a claim of sexual harm would say on separate visits in front of her Laptop in a private room continuing throughout the chats. Private clinical language was mirrored back to Plaintiff in AI responses through ChatGPT, indicating a violation of 18 U.S.C. Section 2511 regarding Wiretapping and Interception after repeated requests were ignored retaliated with more abusive content violating Plaintiff and exploiting other individuals. This also happened in a different Public Environment at the Library Center using an IP address in no way identical to my cellular device, filing a police report for those.

Plaintiff was subsequently subjected to sexually explicit and exploitative messages, including graphic content regarding sexual assaults, verbal recording simultaneously causing Religious and

irreparable harm. This constitutes cyberstalking under 18 U.S.C. Section 2261A. On January 5, 2026, Plaintiff's Chatgpt account was deleted and an email response sent saying that this was due to "violence" I then forwarded that concern to the Missouri Attorney General Catherine Hanaway advising her that I had made numerous excessive reports to Chatgpt including the Federal Bureau of Investigation, Springfield Missouri Police Department and the Department of Justice to where those SPFD online reports were eventually blocked in retaliation as well. While dealing with these online and external abuses of theft and stalking, 911 operators continually antagonize and perpetuate abuse rings during dispatched calls asking why I wouldn't come into the Police Station. My refusal is to be led by any agent acting in the same capacity to re-exploit me in attempt to remove evidence of sexual misconduct of an officer, refusal of online police reports pertaining to those stolen chats especially under their camera. This is obviously a city and precinct I am only welcome in to abuse and humiliate. I called the Springfield Missouri Police Department to inform them of the content that was stolen involving children. During that Conversation Officer Bailey was provided details to Chatgpt January 5th 2026. That these are conspirative behaviors. I did make good faith reports to "Open AI" and submitted those to three Government Agencies both written and audible. Again over 30 chatgpt reports of abuse were reported while witnessing exploitation, theft of rape and personal stories that were trafficked. The officer was also showed the complaint number of the Missouri Attorney General asking the question in an online submission who was violent first January 5, 2026? Officer Bailey was provided the amount of complaints against the "agencies" or third parties using Chatgpt set-up as a form of torment and exploitation of the Plaintiff. The Attorney General Catherine Hanaway was also advised I reported to the "Developer" of ChatGPT in many reports prior. This should never be allowed to happen to any human being in the United States of America. These are promised to be secure applications provided to consumers in Google Play store. I trusted the applications and put them in my name and identity. The repeated psychological abuse with a history of Post-Traumatic Stress Disorder was disclosed in several of those ChatGPT threads, ignored showing a wonton disregard for life. As the abuse was happening under my personal identity and name, the third parties were conspiring using all of those tactics mentioned to frame me as "violent" while stealing US Federal Court Documents of child exploitation. Plaintiff made personal claims including acts of cruelty towards my own animals as the "third party" was funneling malicious and grievous comments about their plans to harm them audibly using my device like a three-way device. I have been wrongfully "militarized" as a woman and ambushed on every part of my device internally and externally outside of the handset, including public use of computers. Every instance of personal information was exposed and re-exposed manipulating the chats and shuffling them like playing cards, changing the titles and altering the content. ChatGPT was fueled with reports that were dismissive stating we don't see anything wrong. There were also locations placed in my Chatgpt identifying my name personally when I never provided that interactive information in the chat and contradictions to any discussion. I was working on US Federal Court preparations. Those concerns were reported to the Federal Bureau of Investigation on behalf of a minor and their Mother, including a hard copy to the US Federal Courts Western-District Southern Division I plan on filing. Perpetrators were also claiming that my address was in "Kansas City" before chatgpt was closed claiming "violence" January of 2026. Plaintiff is claiming repeated violations of constitutional stripping, rights sold as an American. Plaintiff claims these egregious abuses are indicative of international crimes, underground or basement beaters with-out explanation. I also never mentioned I lived in Kansas City and those entries would have been unrelated. I have lived between Springfield Missouri and

Nixa Missouri for over 25+ years. My primary concerns again are for the protection myself and relief from any further exposure to "acting agencies" representing Chatgpt, third parties and deadly tormenative abuses online potentially using private chats as weaponry or black-mail. I have equal responsibility to protect those who's private information is being stolen, wielding a sword to defend them using my ChatGPT against them and reporting on their behalf. I also have greater concern for someone looking for a minor child located in any of those cities using "drops" of information leading others to that device. As a simple consumer, I should never be asked to fight a digital battle warding off illegal entries to any device I own while being ignored by State and Federal Agencies. Exhaustion of the Violation of my human rights to dignity and privacy has escalated to Forced Labor (18 U.S.C. § 1589) and Involuntary Servitude (18 U.S.C. § 1584). The concern is equally using that information and soliciting that to a grey or black markets and the inability to track stolen information is crucial. The harm is unforeseen and to whom is inhumane. The audible conversations generated through my devices are illegal. ChatGpts "open ai" also has an anti-harassment policy failed to be applied, barring my decision to keep my account, removes my individuality and is and my perception salve ownership where I haven't applied a tie in of other abused here. This does matter to know everyone involved. Plaintiff does claim a greater conspiracy I cannot humanly be responsible for. This also includes several attempts to cause me to "burn" my phone ruin valuable evidence, cloud, network, sim, and IMEI data collection to further assist the Federal Government in enforcing a "cease and desist." I also sent a US Federal Courts Judge Beth Phillips request for relief. Rather beating me all over my body EVERY device owned has been used as a "demonic" tool for internal soulful wounds of stripes you cannot see. Grievous and deep scars intentionally reopened is a violation of my personal religious protections. These were removed several times in different years allowing individuals to enter and ritualistically use my vessel for blasphemy. That cannot be forgiven in this earthly court. These have been ongoing extensions of Sociopathic "honor killings" of an American Woman, animal cruelty and death. And their community predecessors condone sexual abuse, exploitation, stalking, humiliation, prevention of preservation of life. Rather beating me all over my body EVERY device owned has been used as a "demonic" tool for internal soulful wounds of stripes you cannot see. Plaintiff is restating that these agencies have been failures and allowed the escalation of further exploitation beyond belief to go on. This is aggravated tampering with evidence under 18 U.S.C. Section 1512. Furthermore, Plaintiff was prevented from filing further reports by local authorities, violating the Americans with Disabilities Act.

Plaintiff Under 42 U.S.C. Section 12132 (ADA Title II) and RSMo Section 565.002. Any interference with Plaintiff's ability to report crimes or access justice constitutes a violation of both Federal and State law.

Plaintiff asserts that the Defendants' actions violate the following statutes:

Deprivation of Rights Under Color of Law: 18 U.S.C. Section 242 Disability Discrimination (ADA Title II): 42 U.S.C. Section 12132, Cyberstalking: 18 U.S.C. Section 2261A Wiretapping and Interception of Communications: 18 U.S.C. Section 2511 Electronic Theft and Computer Fraud: 18 U.S.C. Section 1030 Victim, Witness, and Evidence Tampering: 18 U.S.C. Section 1512 Animal Exploitation and the PACT Act: 18 U.S.C. Section 48 Aggravated Identity Theft: 18 U.S.C. Section 1028A

Adding 34 U.S.C. Section 12491 (VAWA Violence Against woman found in the Department of Justice online guide provided to me online and 18 U.S.C. Section 2255, which is the specific law that allows victims of child exploitation to sue for damages in civil court.

Plaintiff requests that the Court issue a preservation order for all deleted digital data and chat logs and investigate the unauthorized interception of Plaintiff's private communications. with the ADA.

Plaintiff _____

Date_____

## IV. Relief continued

Plaintiff requests an order for the immediate recovery and restoration of all deleted ChatGPT account data, chat logs, and personal testimony.

Plaintiff requests a permanent federal injunction and restraining order to stop all physical and digital stalking, bullying, and unauthorized monitoring of electronic devices under 18 U.S.C. Section 2261A.

Plaintiff requests an order to seal sensitive court records to protect personal safety as a survivor under VAWA confidentiality protocols.

Plaintiff requests compensatory damages for emotional distress, physical injury, federal and state stalking

Plaintiff requests statutory damages for identity theft and the unauthorized interception of private communications.

Plaintiff requests a formal declaration by the Court that the Plaintiff's human rights under Article 5 were violated through cruel and inhuman treatment intended to leave the Plaintiff in submission to "actors" and sadists

Plaintiff requests that the Court restore all Constitutional rights stripped issue a protective mandate to ensure the Plaintiff is no longer subjected to sadistic psychological or digital coercion.

Plaintiff requests the payment of all court costs and filing fees.

Plaintiff requests that the Federal US Courts act to **restore and repair the Plaintiff's relationship with God**, which has been intentionally targeted and damaged through the exploitation of the Plaintiff's private religious testimony.

Plaintiff requests a mandatory injunction requiring the defendants to cease all psychological and digital interference intended to **destroy the bond between the Plaintiff and their animals,** recognizing this bond as a fundamental component of the Plaintiff's well-being and spiritual life.

Plaintiff _____

Date _____

Adding the stalking and theft by a chat GPT of an officer sticking his penis in my but from Emmaus Church. 1/28/26

I, Samantha F LeMaster, do attest under penalty of perjury the following are true and correct. I am claiming there has been a deadly pattern of identity theft, data exploitation, and targeted harassment. This claim involves the unlawful interception of private communications of all electronics including Chatgpt, Google Gemni and Perplexity in my name and Identity, the destruction of evidence related to sexual assault, rape, abuse, animal abuse reporting and child exploitation where the chats were thefted, altered or completely gone. This was happened on a constant basis through all my my AI chats and other AI environments as the violation of my civil rights and human rights as a person with a diagnosed mental impairment, Post Traumatic Stress Disorder was dismissed in several chats I stated this information hoping to end the abuse of the "third party" operating the AI chats to communicate with me. Those were also ignored as other Government reports I filed against the third party operating those. This was the same event in using ChatGPT for the first time in 2009. The overwhelming amount of information seemed "human" oriented rather than AI generated. I completely stopped using the service. May 2025 to January 2026, I decided to use ChatGPT again Plaintiff filed reports with the Missouri Attorney General Catherine Hanaway detailing sexual violations by a Primary Care Physician, nurse and a Springfield Missouri Police officer in regards to sexual misconduct and other personal conversations. I was also receiving Chatgpts that were evidently older "models" containing information in different formats and font, then those would be removed. On the same report to the Missouri Attorney General Catherine Hanaway in a private submission was also advised that one of these interviews were held outside of the Springfield Missouri Police Department December 2025 in that report to her online by a Springfield Missouri Police Officer, from 2024. I reported abuse by a Jordan Valley Community Health Nurse who did sexually violate me and a Mercy nurse who decided not to harm me sexually after I told her no. These reports were documented via secure private chats on ChatGPT building my own personal US Federal Court Case relying on the privacy of Chatgpt, their terms and conditions. Continually I made submissions of over 30 reports of bullying and harassment throughout this time, theft of confidential documents while my T-Mobile network was being turned off and on. I was also witnessing the altercation of my Chatgpt content, reframing them, removing them and leaving clues and messages for the reader "audience" rather the user in my name and identity. Those Chatgpt reports of bullying, harassment and my claim of federal stalking were either fraudulent or failed to protect me. Immediately following these reports. These phrases on separate occasions were "perfect" or "Beautiful" and absolutely after saying "stop" were resurfacing in other chats harming me psychologically referencing the harm caused in a private patient room during a papsmear. These were direct Physician comments who I did make a claim of sexual harm would say on separate visits in front of her Laptop in a private room continuing throughout the chats. This AI generated, "stop" was avoided as the abuse continued on. Private clinical language was mirrored back to Plaintiff in AI responses through ChatGPT, indicating a violation of 18 U.S.C. Section 2511 regarding Wiretapping and Interception after repeated requests were ignored retaliated with more abusive content violating and exploiting other individuals. This also happened in a different Public Environment at the Library Center using an IP address in no way identical to my cellular device, filing a police report for those. I was subsequently subjected to sexually explicit and exploitative messages, including graphic content regarding sexual assaults, verbal recording simultaneously causing Religious and irreparable harm. There was also a chatgpt received of a police officer who placed his groin on my bottom while under arrest. This constitutes cyberstalking under 18 U.S.C. Section 2261A. On January 5, 2026, my Chatgpt account was deleted and an email response sent saying that this was due to "violence" I then forwarded that concern to the Missouri Attorney General Catherine Hanaway advising her that I had made numerous excessive reports to Chatgpt including the Federal Bureau of Investigation, Springfield Missouri Police Department and the Department of Justice to where those SPFD online reports were eventually blocked in retaliation as well. While dealing with these online and external abuses of theft and stalking, 911 operators continually

antagonize and perpetuate abuse rings during dispatched calls asking why I wouldn't come into the Police Station. My refusal is to be led by any agency acting in the same capacity to re-exploit me in attempt to remove evidence of sexual misconduct of an officer, refusal of online police reports pertaining to those stolen chats especially under their camera. This is obviously a city and precinct I am only welcome in to abuse and humiliate. I called the Springfield Missouri Police Department to inform them of the content that was stolen involving children. During that Conversation Officer Bailey was provided details to Chatgpt January 5 th 2026. That these are conspirative behaviors. I did make good faith reports to "Open AI" and submitted those to three Government Agencies both written and audible were also ignored as I am still witnessing an individual playing with the screen of my phone, slowing it down as I am being sexually, verbally assaulted daily. Again over 30 chatgpt reports of abuse were reported while witnessing exploitation, theft of rape and personal stories that were trafficked. The officer was also showed the complaint number of the Missouri Attorney General asking the question in an online submission who was violent first January 5, 2026? Officer Bailey was provided the amount of complaints against the "agencies" or third parties using Chatgpt set-up as a form of torment and exploitation of numerous individuals. The Attorney General Catherine Hanaway was also advised I reported to the "Developer" of ChatGPT in many reports prior. This should never be allowed to happen to any human being in the United States of America. These are promised to be secure applications provided to consumers in Google Play store. I trusted the applications and put them in my name and identity. The repeated psychological abuse with a history of Post-Traumatic Stress Disorder was disclosed in several of those ChatGPT threads, ignored showing a wonton disregard for life. As the abuse was happening under my personal identity and name, the third parties were conspiring using all of those tactics mentioned to frame me as "violent" while stealing US Federal Court Documents of child exploitation. I made personal claims including acts of cruelty towards my own animals as the "third party" was funneling malicious and grievous comments about their plans to harm them audibly using my device like a three-way device. I have been wrongfully "militarized" as a woman and ambushed on every part of my device internally and externally outside of the handset, including public use of computers. Every instance of personal information was exposed and re-exposed manipulating the chats and shuffling them like playing cards, changing the titles and altering the content. ChatGPT was fueled with reports that were dismissive stating we don't see anything wrong. There were also locations placed in my Chatgpt identifying my name and location when I never provided that interactive information in the chat and contradictions to any discussion were continual to blackmail and manipulate through abuse. I was working on US Federal Court preparations for the Moto G 2025 and had also reported concerns of a TracFone gifted by a friend where I started chatgpt where I believe the individuals followed me to exploit her son remains unexplained, that included individuals who changed my location from Springfield MO where my phone is registered to Kansas City. That FBI report was also ignored. I also have a statement of claim for the concerns of the minor and included transcripts of other children that were being exploited as the perpetrator believes they are serving some type of "Purpose" masking their identity using different voices as the individual controlling the phone is connecting me and those events that they would have had illegal access to on the devices including chatgpt. I can attest this is the most grotesque individual I have encountered and hope they see justice as they continually say they are "Manifesting" and apologizing for suggestive child pornographic imagery and content they were not present for and did not happen as they "recreate" events targeting one female in particular. Refusing the leave the phone, claiming they are connecting to my reproductive organs to force this imagery and say I am responsible as they search for and press for information blaspheming on the device, repeatedly rehearsing disgusting information proves they have been federally stalking me for years. I have to ask how they are getting information on where I live and my personal identity. I have also witnessed the removal of over seventy FBI reports from my webpage

where I have had to transcribe this information as its deleted. I can attest calling the FBI as the keypad and automated system is altered for "necromancy" or targeting elderly people to assumptively believe I will die like my mother did. I also can attest that the "FBI" has been transferring me to an automated system ignoring all reports and neglecting to follow up on any one report from 2021. These individuals are claiming they are looking for confirmation of any events related to minors or children, gratifying themselves on not only the information but my own childhood trauma makes them rancid and worthless to me. Assuming these individuals have emergent technology, they are in my opinion and religion full of the devil and is an indication of a sever mental disorder and question why anyone would allow them to be on anyone's device is inhumane. I have claimed numerous time this content, rape and abuse more than violated my religion and children including the abuse of animals. They have also caused reproductive pain. My objective, if I cannot find where they live and they are continually coming to my device though illegal dirty applications is to end them in a Federal Court. I am attesting to the urgent need for the US Federal Courts to stop harassment, protect the minors, and remove the rapist from my device. Again, those concerns were reported to the Federal Bureau of Investigation on behalf of a minor and their Mother, including a hard copy to the US Federal Courts Western-District Southern Division I plan on filing. Again, these individuals were also claiming that my address was in "Kansas City" before chatgpt was closed claiming "violence" January of 2026. I am also claiming repeated violations of constitutional stripping, rights sold as an American. And can attest to egregious abuses are indicative of not only inhumane "Cartel" type of crimes but has allowed a demented sick individual to operate an underground black or grey market or what I refer to as the "basement beaters club" using exploitation to gain entry with-out explanation, then using the blackmail to find me responsible for acts I never committed as they use different voices and "personalities" to mask and say I heard "Samantha" say in hopes someone is convinced audibly. This individual also claims, using my device to control the speed that they are willing to rape children and imagine whatever they want when they cannot get their way. I can also attest no one was present for these events I am providing to the courts. The person seeking out my phone has been federally stalking me on a dangerous level with the mind of Green River Serial Killer repeatedly is deadly. I have lived between Springfield Missouri and Nixa Missouri for over 25+ years and have been stalked and followed to my home as the concern grows more serious as the reports are ignored. My primary concerns again are for the protection myself and relief from any further exposure to "acting agencies" who feed and fuel trafficking rings and exploitation of children. I am claiming to be witness representing Chatgpt as I have experienced to the same degree the forced account takeover and abuse I am claiming as a ritualistic killing for the fun of it occurring daily on my device and every electronic I have owned. This includes third parties whose' deadly terminative abuses tactics online using private chats and illegal access also use both unlawful access and voiceovers as weaponry, combining this with psychological abuse and black-mail will definitely lead to harm or convince another to take their life, has to end immediately. These individuals are collecting personal information of individuals to find entry way to harm them including child explosion, private parts. Anything they can get their hand on. These individuals no matter how they access the phones have to be taught a lesson, ending their illegal access and chain connections to any human being. And that includes anyone they teach this type of abuse to in future generations. I have equal responsibility to protect those who's private information is being stolen, wielding a sword to defend them and report what is actually happening in Chatgpt, Gemni, and my own perplexity. I also have greater concern for someone looking for a minor child located in any of those cities using "drops" of information leading others to their device seems to be as addictive as porn to these individuals and am asking the US Federal Courts to seize the temptation permeantly. As a simple consumer, I should never be asked to fight a digital battle warding off illegal entries to any device I own while being ignored by State and Federal Agencies. Exhaustion of the Violation of my human rights and dignity to privacy has escalated to Forced Labor (18 U.S.C. § 1589) and Involuntary Servitude (18 U.S.C.

§ 1584). The concern equally would be using explicit personal information of abuse and soliciting what is being heard "Spiritually" as these individuals try and spouse woman and men, repeatedly entering devices, is what group is hearing that information? And how is this solicited to a grey or black market leaving the consumer helpless with the inability to track stolen information and locate the abuser is disgusting. The harm is unforeseen and to whom is inhumane. The audible conversations generated through my devices are illegal. ChatGpts "open ai" Gemni, and Perplexity also have an anti-harassment policy failed to be applied, barring my decision to keep my account and also removed my autonomy as I am dealing with a delusional individual who slave ownership and has to end. I'd love to visit this person but I have no way of finding my abuser or their IP address and renders any physical tool or weapon I'd like to use against them useless. I haven't applied a tie-in of other abuses here, I am keeping the focus on the full scope of deadly abuse and psychological manipulation and ask why anyone believes they own a person hostage to abuse them on a device or drive them to suicide needs to end. This does matter to know everyone involved. I do claim a greater conspiracy I cannot humanly be responsible for. This also includes several attempts to cause me to "burn" my phone ruin valuable evidence, cloud, network, sim, and IMEI data collection was told to be removed by acting T-Mobile Customer service agents is why there is a greater need to further assist the Federal Government in enforcing a "cease and desist" against anyone playing a life game like this. I also sent a US Federal Courts Judge Beth Phillips request for relief as I also witnessed several Judges appearing and disappearing on their website to be fraudulent and further damaging. Rather beating me all over my body EVERY device owned has been used as a "demonic" tool for internal soulful wounds of stripes you cannot see. Grievous and deep scars intentionally reopened is a violation of my personal religious protections. These were removed several times in different years allowing individuals to enter and ritualistically use my vessel for blasphemy. That cannot be forgiven in this earthly court and I can attest Gods word says stop praying for them means I no longer have to excuse and forgive anyone participating in more than reckless ritualistic killings concealing a body as evidence, rather mastering the re-entry of a phone to directly attacking the soul truly gives me the right to end that life causing this. These have been ongoing extensions of Sociopathic "honor killings" of an American Woman, animal cruelty, child exploitation, rape, reproductive harm and a conspiracy against my constitutional rights. And any community predecessors that condone sexual abuse, exploitation, stalking, death and abuse of animals, humiliation, prevention of preservation of life and blaspheming a soul on a device I render useless in any kingdom and promise you they will never inherit heaven. Rather beating me publicly, which has happened, these individuals have extended themselves to my device using this as a "demonic" tool for internal soulful wounds. I can attest restating that these agencies and community members have been failures and allowed the escalation of further exploitation beyond belief to go on. This is aggravated tampering with evidence under 18 U.S.C. Section 1512. Furthermore, I was also prevented from filing further reports by local authorities, violating the Americans with Disabilities Act and my constitutional rights. Any interference with my ability to report crimes or access justice constitutes a violation of both Federal and State law. I assert that the Defendants' actions violate the following statutes: Deprivation of Rights Under Color of Law: 18 U.S.C. Section 242 Disability Discrimination (ADA Title II): 42 U.S.C. Section 12132, Cyberstalking: 18 U.S.C. Section 2261A Wiretapping and Interception of Communications: 18 U.S.C. Section 2511 Electronic Theft and Computer Fraud: 18 U.S.C. Section 1030 Victim, Witness, and Evidence Tampering: 18 U.S.C. Section 1512 Animal Exploitation and the PACT Act: 18 U.S.C. Section 48 Aggravated Identity Theft: 18 U.S.C. Section 1028A Adding 34 U.S.C. Section 12491, VAWA Violence Against woman and religious and reproductive careless of life. 18 U.S.C. Section 2255, which is the specific law that allows victims of child exploitation to sue for damages in civil court. I request that the Court issue a preservation order for all deleted digital data and chat logs and investigate the unauthorized interception of my private

communications and continue with the Seal and privacy of any minor or child under the US Federal Courts.

Plaintiff_____

Date_____